UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, et al., <br><br> Defendants. | C20-104 TSZ <br><br> MINUTE ORDER |
| QUEEN ANNE NORTH HOMEOWNERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTURY SURETY COMPANY, et al., <br> Defendants. | C20-365 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  Having reviewed the parties' Combined Joint Status Report and Discovery Plan, docket no. 17 in **Case No. C20-104** and docket no. 18 in **Case No. C20-365**, the Court APPROVES the parties' proposed methods for avoiding duplicative discovery.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of October, 2020.

William M. McCool<br>
Clerk

s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 2